FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

WESTERN DIVISION

99 AUG 23 AM 9: 26
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CV 99-B-0708-W |
| JANICE CROXTON, | ) |
| Defendant. | ) |

ENTERED
AUG 2 3 1999

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Janice Croxton, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant, Janice Croxton, on May 21, 1999; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Janice Croxton, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Janice Croxton, is indebted to Plaintiff in the principal sum of $2,738.33, U.S. Marshal costs of $80.00, court costs of $150.00 pursuant to 28 U.S.C. Section 2412(a)(2), accrued interest of $1,088.62 as of August 12, 1999, and at the rate of 8% per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.

4. Plaintiff is due to recover from Defendant, Janice Croxton, the total sum of $4,056.95, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the 23rd day of August, 1999.

*Sharon Lovelace Blackburn*
UNITED STATES DISTRICT JUDGE